UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANTHONY BERNARD
WILLIAMS, JR.,

    Plaintiff,

v.                                       Case No: 5:25-cv-114-WFJ-PRL

COLETTE S. PETERS, et al.,

    Defendants.

## ORDER

This cause is before the Court upon *sua sponte* review. The Court issued an Order requiring Plaintiff to show cause to the Court, on or before March 20, 2025, why he should not be subject to sanctions due to his failure to honestly apprise the Court of his litigation history. (Doc. 5). Plaintiff was warned that his failure to comply would result in dismissal of this action without further notice. *Id*. Plaintiff failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk** is directed to enter judgment accordingly, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 1 2025.

                                                            WILLIAM F. JUNG
                                                            UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party